■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JAMERSON, Appellant.—Upon the court's own motion, the supplemental brief deemed as a motion for reargument, and upon reargument, the court adheres to its original determination of June 18, 1985 [111 AD2d 658], affirming the

judgment. Concur—Murphy, P. J., Carro, Asch, Bloom and Milonas, JJ.